# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MARK A. KNEDLER & ELIZABETH F. KNEDLER      Case Number: 04-74573
7931 1/2 W. STATE ST.                              SSN-xxx-xx-0710 & xxx-xx-8318
ROCKFORD, IL  61102

|  |  |
|---|---|
| Case filed on: | 9/15/2004 |
| Plan Confirmed on: | 12/8/2004 |

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $52,018.58          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY JEFFREY A BIVENS | 1,900.00 | 1,900.00 | 1,900.00 | 0.00 |
|  | Total Legal | 1,900.00 | 1,900.00 | 1,900.00 | 0.00 |
| 204 | TRIAD FINANCIAL CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 208 | PREMIER BANKCARD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 1,024.59 | 1,024.59 | 1,024.59 | 0.00 |
|  | Total Priority | 1,024.59 | 1,024.59 | 1,024.59 | 0.00 |
| 997 | MARK A. KNEDLER | 0.00 | 0.00 | 0.00 | 0.00 |
| 998 | MARK A. KNEDLER | 0.00 | 0.00 | 1,582.58 | 0.00 |
| 999 | MARK A. KNEDLER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,582.58 | 0.00 |
| 001 | HARLEY-DAVIDSON CREDIT | 4,500.00 | 4,500.00 | 4,500.00 | 335.60 |
| 003 | NUVELL CREDIT COMPANY LLC | 7,700.00 | 7,700.00 | 7,700.00 | 574.23 |
| 004 | TRIAD FINANCIAL | 6,000.00 | 6,000.00 | 6,000.00 | 447.45 |
|  | Total Secured | 18,200.00 | 18,200.00 | 18,200.00 | 1,357.28 |
| 001 | HARLEY-DAVIDSON CREDIT | 2,727.14 | 2,727.14 | 1,958.55 | 0.00 |
| 002 | HEIGHTS FINANCE | 3,663.04 | 3,663.04 | 2,641.89 | 0.00 |
| 003 | NUVELL CREDIT COMPANY LLC | 2,021.06 | 2,021.06 | 1,547.73 | 0.00 |
| 004 | TRIAD FINANCIAL | 3,418.29 | 3,418.29 | 2,617.74 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 44.36 | 44.36 | 31.82 | 0.00 |
| 006 | ASPIRE VISA | 129.00 | 129.00 | 87.13 | 0.00 |
| 007 | CAPITAL ONE SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | PREMIER BANKCARD/CHARTER | 377.50 | 377.50 | 266.53 | 0.00 |
| 009 | UNITED STUDENT AID FUNDS | 12,714.06 | 12,714.06 | 9,150.47 | 0.00 |
| 010 | LVNV FUNDING LLC | 9,076.47 | 9,076.47 | 6,530.79 | 0.00 |
|  | Total Unsecured | 34,170.92 | 34,170.92 | 24,832.65 | 0.00 |
|  | Grand Total: | 55,295.51 | 55,295.51 | 47,539.82 | 1,357.28 |

Total Paid Claimant:     $48,897.10
Trustee Allowance:       $3,121.48          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     72.67          discharging the trustee and the trustee's surety from any and all
                                            liablility on account of the within proceedings, and closing the estate,
                                            and for such other relief as is just.  Pursuant to FRBP, I hereby
                                            certify that the subject case has been fully administered.

Report Dated:

                                            /s/ Lydia S. Meyer
                                            Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008          By  /s/Heather M. Fagan